## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:13-CR-48-DBH |
| | ) | |
| ADAM WHITE, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL

The defendant has filed a letter motion stating that he has asthma and the warden at FCI Morgantown has denied his request for compassionate release. He asks the court to appoint counsel so that he may file a motion for compassionate release in court.

I **DENY** the defendant's motion for appointment of counsel on the bare-bones showing he has made to date. He must first, on his own, make the best case he can for compassionate release. I will then evaluate it and determine whether to order the government to respond and/or to appoint counsel for White.

So Ordered.

Dated this 2ND day of September, 2020

/s/ D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**