# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:13-CR-48-DBH |
| ) | |
| ADAM WHITE, ) | |
| ) | |
| DEFENDANT ) | |

## ORDER ON DEFENDANT'S SECOND MOTION FOR APPOINTMENT OF COUNSEL

The defendant Adam White, imprisoned at FCI Morgantown, has filed a second motion for appointment of counsel to seek compassionate release on his behalf (ECF No. 115). In it he states: "I have requested a copy of my medical records from the medical department and my family is gathering my medical records from outside sources to further support my request for compassionate release." Id.

I will wait until I see those records before I rule on the motion.

SO ORDERED.

DATED THIS 30TH DAY OF SEPTEMBER, 2020

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE